UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

LIZA BULLOCK

Debtor

Vs

STATE OF FLORIDA

February 13, 2025

Civil Case 2021-ca-977

8:24-cv-02193

## WRIT OF CERTIORARI

## SAVE MY HOME

All evidence enclosed are documents, Florida Court Cases and Florida Statutes that will show the debtor was done wrong by more than one court and its Judges.

BASE THIS CASE ON THE FACTS AND NOT BECAUSE THEY ARE JUDGES.

Enclosed you will see how many times how many months the debtor requested for a timely hearing. How many times how many months debtors requested judge to excuse themselves. To have a timely hearing. Since judge did not have a timely hearing change the outcome of case.

ALL EVIDENCE ENCLOSED SHOW THE DEBTOR WAS DONE WRONG BY THE CIVIL COURT JUDGE VERGARA FAILURE TO HAVE A TIMELY HEARING IN 2021 USING COVID FOR TWO YEARS WHERE THE REST OF THE COURTHOUSE WAS FULLY OPEN WITH NO MASKS. GOVERNOR RON DESANTIS OPEN THE STATE OF FLORIDA IN 2020. THAT. ALONG THAT CHANGE THE OUTCOME OF CASE. AND THE DEBTOR LIFE. THE TRANSCRIPT ENCLOSED IS ALSO EVIDENCE JUDGE

, ALSO, WILL SHOW THAT OPPOSING ATTORNEY Clay Schuett HAD FULL CONTROL OF THE JUDGE AND THE CASE AS WELL. CIVIL JUDGE DID EVERYTHING ATTORNEY Schuett REQUESTED, THE CASE WILL SHOW THE JUDGE IGNORED

NEVER ADDRESS OR ANSWERED ANY DOCUMENTS, MOTIONS THAT WAS ENTERED BY THE DEBTOR FOR TWO YEARS ENTIRE TIME JUDGE HAD CASE. JUDGE FAILURE TO HAVE TIMELY HEARING FAILURE TO EXCUSE THEMSELVES. DENIED THE DEBTORS WITNESSES O BE HEARD. (EVIDENCE ENCLOSED) DOCUMENTS ENCLOSED WILL SHOW HOW MANY TIMES REQUESTED FOR A TIMELY HEARING HOW MANY TIMES REQUESTED FOR JUDGE TO EXCUSE THEMSELVES TO HAVE A TIMELY HEARING.THEN FORCING A FORCLOSER ON DEBTORS HOME.

How did the Judicial Committee did not see no wrong doing against Judge Vergara. NOBODY PAYS FOR BAD WORKMANSHIP TILL IT GET FIXED. (**Enclosed** letter sent to opposing side roofer Steven Dubois and his attorney Clay Schuett refused to fix the wrong on y roof.

<u>The debtor was even given the opportunity to dispute to disagrees and the inadequacy on the Attorney Clay Schuett amount he was requesting for his legal fees</u>

THE DEBTOR WAS **DENIED** TO BE HEARD **DENIED** A TIMELY HEARING. DENIED WITNESSES TO BE HEARD.**DENIED** A HEARING ONLY HAD SUMMARY JUDGEMENT HEARING.

NOW AFTER THREE YEARS JUDGE VERGARA GAVE MY CASE TO JUDGE BARBEE.NEVER HAD A HEARING WITH THIS JUDGE AGAIN DISREGUARDING EVERYTHING THE DEBTOR ENTERING INTO COURT RECORDS AND COURT FILES.

When this happened, the creditor had excellent credit and bills paid on time.

THE DEBTOR HAD TO FILE BANKRUPCTY TO SAVE HER HOME DUE TO CIVIL JUDGE TOOK TWO YEARS BEFORE HAVING SUMMARY JUDGMENT HEARING.<u>**DONT AN ATTORNEY HAVE AN OBIGATION TO ANSWERED THEIR CLIENT QUESTIONS AND ANSWERED THEIR CONCERNS.?**</u> DON'T A TRUSTEE UNDER THE SAME OBIGATIONS? (enclosed is evidence of wrong doing how many times how many months the debtor requested answers to her questions and concerns) THE BANRUPCTY COURTS ALSO WAS WRONG WHEN THE ATTORNEY THAT THE DEBTORS HIRED REFUSED TO REPRESENT HER CLIENT. WHEN A CLIENT ASKED REQUESTED A RECEIPT THAT OPPOSING SIDE PAID FOR ROOFING MATERIALS THAT HE REQUESTING IN HIS CLAIM.THAT ATTORNEY Ziona Koplovich and trustee Kelly Remick REFUSED TO OBTAIN IT FOR HER CLIENT. WHEN THE DEBTOR HAD TWO LIENS PUT ON HER HOME. One was from the roofer the other was from the company that supplied the roofing materials. Why would the debtor pay twice for the same materials.? How did the Florida Bar see no wrong doing against this judge?

Then the debtor questions the trustee Kelly Remick (enclosed you will see (INACCURACIES ON THE LIST OF CREDITORS) the amounts was wrong on Bank of America then you will see that Campus Credit Union on there 4 times when the debtor had only had one account. You will also see that even Attorney Ziona Koplovich on their twice as well. when the debtor was owed her only owed $4, 000 not additional $3,000. NOW the Judge in Bankruptcy Court Judge Colton awarded Attorney Ziona Zoplovich 5 years of legal services when DID NOT DO EVEN DO ONE YEAR OF LEGAL DUTIES. Is this legal right? What happened to ethics morals integrity in the legal system?

Judge Colton closed this Bankruptcy case due to the fact the DEBTOR corruption had questions. WOULD YOU QUESTIONS WHEN YOU SEE MISTAKES and amounts are wrong AS WELL. The amounts Was wrong they want the debtor to pay more than debtor needs too. How can you move forward? Pay more than you need or should pay due to the legal negligence legal malpractice from the legal system.

The debtor also tried to appeal; this case in the MIDDLE DISTRICT COURT Tampa Florida since last year in 2024 SINCE Judge Colton closes this Bankruptcy Case on the debtor. The debtor entered Initial Brief along with other supporting documents to show evidence of the debtor again being wrong by the judges the debtor had NOT received a Court Case number or File number that this case was even OPENED in 2024.But the trustee was able to open a case against the debtor and judge Barber was answered within two weeks. The debtor also requested to overturn Judge Colton on rewarding attorney Ziona Koplovick 5 years of legal services when did not do one year of legal services. Along given bad advice to the debtor. (Evidence see how many times on documents not counting phone calls requesting this information. And to change the amount and why the list of creditors was wrong?

The Debtor case was Debtor Liza Bullock against the State of Florida why haven't the debtor Liza Bullock received not one document or acknowledgment about this case was even open or even read.

Judge Barber disregard ignored over 50 pages Initial Brief with evidence along with other supported documents. The last document the debtor received from Judge Barer was a computer printout (attached) telling the debtor case is closed. The debtor NEVER file anything in all the case electronically.

DOES THIS CASE COMES DOWN THAT THE DEBTOR IS PRO-SE SO LETS TAKES ADVANTAGE OF HER. That the Florida laws does not apply to her laws don't apply here DID THE JUDGES FORGET THE OATH THEY TOOK TO FOLLOW THE FLORIDA LAWS AND THE FLORIDA STATUTES THAT APPLY TO ALL.

FOOTNOTE: AND YOU THINKING YOU HAVING A BAD DAY. SAVE MY HOME MY LIFE. AND OVERTURN THE WRONG THAT WAS DONE TO THE DEBTOR.

**CONCLUSION**

First the debtor should not responsible for attorney Clay Schuett legal fees due to Judge Vergara failure to have a timely hearing. There would be no if Judge Vergara had hearing IN 2021 THERE WOULD BE NO FEES legal fees or only very little. Along with the attorney Clay Schuett lied in Summary Judgment Hearing along on legal documents

Due to Judge Vergara not having in person hearing in 2021 causing the debtor hardship financial lost stress ruin her credit /ruin debtor for life. There no going forward ruin forever,

Judge Vergara used Covid for two years when rest of the courthouse was open with no mask Judge Vergara defied Governor DeSantis orders to open up.

The transcript enclosed shows that Judge Vergara denied the debtor to even represent her case. Judge Vergara was more concern and ask more questions to the debtor me about that the court clerks helping me like they would any other person by submitting my documents and pictures into case file which is their job to summit what the person is handling them into court files .WHY ALL THE QUESTIONS ABOUT THE COURTS CLERKS.

Attorney Clay Schuett also was sending the debtor the same documents two to three in the same week which increase in his legal fees as well. When the debtor requested in document and in motion for Judge Vergara to stop this for going on in legal documents. Judge Vergara never addressed it never stop it, again this increases his fees this going on for two years, Judge Vergara showed Bias clearly throughout this case. **the Debtor's home being threaten again** being threaten by attorney Clay Schuett **and Judge Barbee.** The debtor was never able to dispute all the inaccuracies on his legal fee list. If you read the transcripts enclosed Attorney Clay Schuett even stated his client touch the weather head, he, did it to be kind so his client responsible to fix it END OF CASE HIS CLIENT DID THE TERRIBLE JOB Why is the debtors responsible for Schuett legal fees. The debtor did not hire him.

NOBODY PAYS FOR BAD WORKMANSHIP TILL IT DONE CORRECTLY

**Enclosed you will see the cover sheet that attorney Clay Schuette entered at the beginning of Civil Case. WHY he put down $30,000 and over when the roof was $9,400. That's over $11,000 and he wants Over $11,000 for his legals fees now. WAS HE WORKING WITH JUDGE VERGARA?**

**Judge Barbee never address NOT ONE DOCUMENT SHOWING Judge Vergara failure to have timely hearing in 2021 only responded denied denied. Judge Barbee his Responds. Covering up for Judge Vergara.**

**NOW JUDGE BARBEE FORCING FORCLOSER ON MY FAMILY HOME DUE TO THE NEGLIENCE OF JUDGE VERGARA. TRYING TO TAKE A SENIOR SINGLE WOMWN HOME AWAY FROM HER.**

IN CASE YOU WILL SEE ALL THE EVIDENCE THE DEBTOR TRIED TO SOLVE THIS ISSUE TO GET Roofer TO COME OUT TO FIX THE TERRIBLE ROOFING JOB THEN HE WOULD HAVE GOTTEN PAID. Pictures enclosed. In case file the only the debtor got was harassment from the roofer AND HIS ATTORNEY Clay Schuett all evidence in case file.

**WHY DID A PERSON WHO HAD EXCELLENT CREDIT, AND BILLS PAID ON TIME HAD TO FILE BANKRUPTCY, DUE TO JUDGE VERGARA FAILURRE TO HAVE IN PERSON TIMELY HEARING IN 2021.**

**WHY?**

**HOW DID A ROOFING JOB OF $9,400 IS TURNING INTO $40,000 CASE.**

ATTORNEY ZIONA KOPLOVICH REFUSE TO GIVE HER CLIENT DOCUMENT RECEIPT THAT ROOFER PAID FOR ROOFING MATERIALS. REFUSED TO ANSWERED HER CLIENT QUESTIONS? WHY JUDGE COLTON AWARDING ATTORNEY ZIONA KOPLOVICH FOR 5 YEARS LEGAL SERVICES FOR NOT EVEN DOING ONE YEAR OF LEGAL SERVICES. AND SHE WANTS TO GET PAID FOR NOT DOING HER LEGAL DUTIES. Why didn't attorney Koplovich turn in attorney Clay Schuett to the Florida Bar who was trying to trouble his legal fees over what was awarded in Civil Court. How the Florida Bar see no wrong doing t?

Why TRUSTEE Kelly Remick and her assistant Lydia Gazda refused to answered their client questions that was case related.? WHY trustee Kelly Remick creditors list so many inaccuracies. The amounts stated clearly was wrong refused to change it (ENCLOSED) documents that was fax to Trustee Kelly Remick office. These attorneys also want to get paid for not doing their job either. Refusal to answered questions about case content. Attorney Lydia Gazda altered tampered the debtors' documents to the courts.

**THREE ATTORNEYS** WANT TO GET PAID FOR NOT DOING THEIR LEGAL DUTY

**ONE ATTORNEY** WANT TO GET PAID FOR LYING FALSIFYING A LOT OF INACCURACIES ON HIS LEGAL FEES STATEMENT ALONG SENDING THE SAME DOCUMENTS TWO THREE IN THE SAME WEEK FOR OVER TWO YEARS.

**JUDGE VERGARA** refusal to do legal duties as a judge failure to excuse themselves. Failure to have in person hearing in a timely matter. Defying Governor

**DeSantis orders to open Florida when rest of the courthouse was open with full courts. Causing the debtor financial hardship ruin her life forever.**

<u>JUDGE BARBEE</u> COVERING UP FOR JUDGE VERGARA (enclosed is Florida Statutes and Rules that Judge Vergara broke did not followed, Guilty ruin the Debtor's life. Judge Barbee ignoring all evidence.

<u>JUDGE COLTON</u> Bankruptcy Closed case stop it. When the debtor had questions that her attorney and trustee and her court assistant refused to answered. The debtor asked the judge also refused to answered the debtor questions refused to ask the attorneys WHY.? You are not giving your client the information she asking for?

Attorneys not doing their job the debtor paying with her home her life her future.

**<u>Judge Barber Middle District Court refused to even acknowledge the case. Refused to even give the debtors documents a case number which was entered in person in 2024 with the Initial Brief and other legal documents that show the wrong that was done to the debtor</u>**

**MORE CORRUPTION AGAINST THE DEBTOR**

**<u>All documents files above cases send to Eleventh Circuit Court</u>**

Why the Supreme court who also have the same documents also refused to give case a case number,

PLEASE INVESTGATE ALL THE WRONG THAT THE DEBTOR HAD AGAINST HER FROM THE LEGAL SYSYTEM.WHO ALL THESE INDIVIDUALS TOOK THE FLORIDA OATH

THE STATE OF FLORIDA OWES THE DEBTOR FOR ALL THE PAIN SUFFERING ENDURE FROM JUDGES TO ATTORNEYS

THE DEBTOR SHOULD NOT LOSE HER HOME DUE TO CURRUPTION FROM THE COURTS,

WHO IS PAYING FOR DEBTOR LEGAL FEES. WHO PAYING FOR THE DEBTOR OWN FEES THREE YEARS FIGHTING FOR JUSTICE. THREE YEARS STRESS HARDSHIP. THREE YEARS LIFE TURN UPSIDE DOWN.THREE YEARS OF REPRESENDING HERSELF. THREE YEARS OF SPENDING MONEY ON INK, PAPER, MAILING DOCUMENTS/ THREE YEARS OF DRIVING TO THE COURTHOUSE TO SUBMIT DOCUMENTS.THE REST OF DEBTORS FINANCIAL LIFE IS RUIN FOR LIFE. NO COMING BACK FOR ALL THE DAMAGE CAUSE TO THE DEBTOR.

Ariel 12 pages 8 and Ariel 14 pages 8 words 2271

PRO SE

Liza Bullock

Copy to Hernando County Courts 20 N Main Street Brooksville Fl. 34601

Mailed to

Eleventh Circuit Court 56 Forsyth Street N.W. Atlanta Georgia 30303

United State Middle District Court   801 N. Florida Ave. Tampa Fl. 33602

Attorney Clay Schuett 8200 suite 113th Seminole Fl 33772 /News Medias

## **WRIT OF CERTIORARI CONTENT**

| Title | Pages |
|---|---|
| **U..S DISTRICT COURT /ELEVENTH DISTRICT COURT** | |
| WRIT OF CERTIORARI | 1- 8 |
| Content Page | 9 |
| Attorney Clay Schuett Cover Sheet | 10 |
| Attorney Clay Schuett unorthodox fees | 11-15 |
| Contractors final Payment's affidavit | 16 |
| Roofing materials Schuett trying to get extra money | 17 |
| Defendant being harass by roofer Dubois | 18-21 |
| Pictures of bad workmanship | 22 |
| Withlacoochee River Electric Statement | 23 |
| Conclusion Hernando corruption | 24 |
| Rules and Florida Statutes | 25-26 |
| Examples of Judicial Error | 27-28 |
| Defendant Dates requesting for hearing and excusal | 29-30 |
| Judge Pamela Vergara Failures Stop and Resist | 31-32 |
| Letter to roofer Steven Dubois | 33 |
| Letter to Clay Schuett | 34 |
| Document from Middle District Court Computer printout | 35 |
| Summary Judgment Hearing | 36-56 |
| Florida Bar Complaint against Atty Ziona Koplovich | 57-79 |
| Home me save my home my life | 80 |
| Document from Attorney Clay Schuett | 81-84 |
| Response to Document | 85-86 |

# 139601283 E-Filed 12/02/2021 04:10:08 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>HERNANDO</u> COUNTY, FLORIDA

<u>STEVEN M DUBOIS ROOFING OF PASCO INC</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>LIZA WEBBER BULLOCK</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☒ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

### III.   TYPE OF CASE
(If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.